FILED
IN CLERK'S OFFICE
U.S. DI____ E.D.N.Y.

FILED
IN CLERK'S OFFICE ★
U.S. DI____ E.D.N.Y.
★ JUN 24 2005 ★
TIME A.M. _____
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
BRUCE JACKSON,

          Petitioner,          04 CV 4139 (SJ)

   -against-                   ORDER

UNITED STATES OF AMERICA,

          Respondent.
-----------------------------------------------------X

MAIL TO:

BRUCE JACKSON
#59451-053
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963
Petitioner, *Pro Se*

ROSLYNN R. MAUSKOPF, ESQ.
United States Attorney
Eastern District of New York
One Pierrepont Plaza
Brooklyn, New York 11201
By:    Seth Levine
Attorney for Respondent

JOHNSON, Senior District Judge:

    *Pro se* Petitioner Bruce Jackson, by letter dated June 6, 2005, moves to withdraw his pending § 2255 motion due to the completion of his term of incarceration. Petitioner's request is GRANTED. Accordingly, the Clerk of Court is directed to close the above-captioned matter.

SO ORDERED.
DATED:    June 17, 2005                s/SJ
             Brooklyn, NY                Senior U.S.D.J.

P-049